UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

__Amanda Head_____,

Plaintiff(s),

Case No. __24-cv-11818-MAG-APP__

HONORABLE __Mark A. Goldsmith__

v. Oxford Recovery Center
_____,

Defendant(s).
_____/

**STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS**

Pursuant to E.D. Mich. LR 83.4: _____Oxford Recovery Center_____ (party name),

who is a (check one) ☐ PLAINTIFF ☒ DEFENDANT ☐ OTHER: _____ makes the following disclosure:[1]

**PART I – CITIZENSHIP**

☐ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

☐ This party is a corporation incorporated in the State of _____ and with a principal place of business in the State of _____.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

> If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

_____

_____

_____

☐ This party is a trust.

> If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

_____

_____

_____

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.
☐ This party has one or more parent entities.
    If so, identify all parent entities.

_____

☐ This party has one or more subsidiaries.
    If so, identify all subsidiaries.

☐ This party has one or more affiliates.
    If so, identify all affiliates.

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.
    If so, identify all such owners.

☒ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.
    If so, identify each such entity's financial interest in the litigation.

    Insurer

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

Signature: */s/ J. David Garcia*
Printed Name: J. David Garcia
Bar Number: P60194
Firm Name: Varnum LLP
Address: 480 Pierce Street, Suite 300
City, State, Zip Code: Birmingham, MI 48009
Phone/Fax: (248) 567-7800
Email Address: jdgarcia@varnumlaw.com

Date: September 20, 2024