UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Amanda Head,

                              Plaintiff(s),

v.                                              Case No. 2:24–cv–11818–MAG–APP
                                                           Hon. Mark A. Goldsmith

Oxford Recovery Center,

                              Defendant(s),

---

**NOTICE OF REMOTE MOTION HEARING**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith for the following motion(s):

    Motion to Dismiss – #12

- MOTION HEARING: September 22, 2025 at 11:00 AM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:** +1 (646) 828–7666
**MEETING ID:** 160 655 7936

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                                        By: s/Joseph Heacox
                                                             Case Manager

Dated:   September 18, 2025