UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMANDA HEAD,

    Plaintiff,                            Civil Action No.
                                          24-cv-11818

v.

                                          HON. MARK A. GOLDSMITH

OXFORD RECOVERY CENTER,

    Defendant.
_____/

### ORDER REGARDING ADR TELEPHONIC STATUS CONFERENCE

The Court will conduct a telephonic status conference in the above-captioned matter on **November 10, 2025, at 4:00 PM**. Plaintiff's counsel shall initiate the call, and then include the Court by calling (313) 234-5240 when all parties are on the line.

Prior to the status conference, the parties shall meet and confer regarding the following items, which the Court will discuss during the call: (i) the timing and status of any settlement discussions, (ii) possible alternative dispute resolution (ADR), (iii) the identity of the proposed person(s) to preside at the ADR proceeding, and (iv) the date by which ADR will be completed. See E.D. Mich. LR 16.3-16.7 (effective February 1, 2015).

    **SO ORDERED.**

Dated: November 10, 2025                        s/Mark A. Goldsmith
    Detroit, Michigan                        MARK A. GOLDSMITH
                                                       United States District Judge

### CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 10, 2025.

                                                                   s/Joseph Heacox
                                                                   JOSEPH HEACOX
                                                                   Case Manager