UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AMANDA HEAD,

     Plaintiff,

v

OXFORD RECOVERY CENTER,

     Defendant.

Case No. 24-11818

Hon. Mark A. Goldsmith

| | |
|---|---|
| Noah S. Hurwitz (P74963) | Salvatore J. Vitale (P75449) |
| Colin H. Wilkin (P86243) | Jailah D. Emerson (P84550) |
| HURWITZ LAW PLLC | J. David Garcia (P60194) |
| Attorneys for Plaintiff | VARNUM LLP |
| 340 Beakes St., Ste. 125 | Attorneys for Defendant |
| Ann Arbor, MI 48104 | 480 Pierce St., Ste. 300 |
| (844) 487-9489 | Birmingham, MI 48009 |
| noah@hurwitzlaw.com | (248) 567-7800 |
| colin@hurwitzlaw.com | jdemerson@varnumlaw.com |
| | sjvitale@varnumlaw.com |

## **STIPULATED ORDER OF PARTIAL DISMISSAL**

This matter having come before the Court on the stipulation of the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Counts I (FMLA Interference & Retaliation) and II (Violation of Michigan Public Policy) of Plaintiff's Complaint shall be and hereby are dismissed with prejudice and without costs or attorney fees to any party.

**IT IS SO ORDERED**.

Dated: April 13, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

Stipulated as to form and content:

By: */s/ Noah S. Hurwitz  (w/ permission)*     By: */s/ Salvatore J. Vitale*

<table>
<tr><td>Noah S. Hurwitz (P74963)</td><td>Salvatore J. Vitale (P75449)</td></tr>
<tr><td>Colin H. Wilkin (P86243)</td><td>Jailah D. Emerson (P84550)</td></tr>
<tr><td>HURWITZ LAW PLLC</td><td>J. David Garcia (P60194)</td></tr>
<tr><td>Attorneys for Plaintiff</td><td>VARNUM LLP</td></tr>
<tr><td>340 Beakes St., Ste. 125</td><td>Attorneys for Defendant</td></tr>
<tr><td>Ann Arbor, MI 48104</td><td>480 Pierce St., Ste. 300</td></tr>
<tr><td>(844) 487-9489</td><td>Birmingham, MI 48009</td></tr>
<tr><td>noah@hurwitzlaw.com</td><td>(248) 567-7800</td></tr>
<tr><td>colin@hurwitzlaw.com</td><td>jdgarcia@varnumlaw.com</td></tr>
<tr><td></td><td>jdemerson@varnumlaw.com</td></tr>
<tr><td></td><td>sjvitale@varnumlaw.com</td></tr>
</table>

Dated:   March 27, 2026               Dated:   March 27, 2026

2