**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

AMANDA HEAD,

Plaintiff,

v.

OXFORD RECOVERY CENTER,

Defendant.

Case No. 24-cv-11818
Hon. Mark A. Goldsmith

---

**ORDER AWARDING PLAINTIFF ATTORNEY FEES**

On September 30, 2026, the Court granted in part and denied in part Plaintiff's Motion to Strike Defendant's Amended Motion for Summary Judgment [ECF No. 38]. The Court found that "[d]efense counsel's conduct caused Plaintiff to incur fees; and it has required this Court to expend judicial resources in addressing this dispute." *Id*. The Court ruled that requiring Defendant's counsel to pay Plaintiff for her attorney's work to respond to an improper filing was an appropriate sanction. The Court then directed Plaintiff's counsel to file, by October 13, 2026, an affidavit or declaration setting forth the hours spent preparing the motion to strike, the standard hourly rates of the personnel who worked on it, and any other costs incurred. Defendant was given until October 20, 2026 to respond, but did not do so.

In Support of their Attorney Fees Petition Plaintiff's counsel filed ECF No. 48, which included the Declaration of Noah S. Hurwitz and the Declaration of Colin

H. Wilkin, together with an itemized Statement of Attorneys' Fees for each attorney and the State Bar of Michigan 2026 Economics of Law Practice billing rate survey.

The Court looks to the prevailing market rate in the relevant community for attorneys of comparable skill and experience. The State Bar of Michigan's Economics of Law Practice survey is a reliable measure of that market. For Employment Law (plaintiff), the 2026 survey reports a median hourly rate of $400, a 75th-percentile rate of $510, and a 95th-percentile rate of $875.

Mr. Hurwitz requested $875 per hour. He owns Hurwitz Law, PLLC, a five-attorney firm that handles only employment law matters. He previously served as a Partner in the Labor and Employment Group at Dykema Gossett PLLC and as Senior Counsel for Employment Law at a Fortune 500 company. He has litigated more than 500 employment-related lawsuits in federal court and has tried five matters to verdict. He practices in federal district courts in six states and is admitted before the Sixth and Seventh Circuits. Given his experience and credentials, a rate at the 95th percentile for plaintiff-side employment attorneys is reasonable.

Mr. Wilkin requests $400 per hour. He graduated magna cum laude from Michigan State University College of Law. He is in his fourth year of practice and works only on employment law cases, particularly discrimination cases. He practices in the federal district courts in Michigan and is admitted before the Sixth Circuit.

His requested rate matches the survey median for plaintiff-side employment attorneys and is reasonable.

The itemized billing statements show that counsel spent a total of 6.1 hours on the motion to strike. Mr. Hurwitz billed 1.3 hours. His time consisted mainly of short conferences and correspondence with Mr. Wilkin, 0.5 hours reviewing and redlining the draft motion, and filing the motion. Mr. Wilkin billed 4.8 hours. His time covered reviewing Defendant's amended motion against the Court's strike order, corresponding with defense counsel about withdrawing the amended filing and seeking concurrence, researching the newly cited authority, drafting and finalizing the motion, and reviewing Defendant's response.

The entries are specific, billed in tenth-of-an-hour increments, and directly tied to the improper filing. The Court finds no excessive, redundant, or otherwise unnecessary time. Counsel also sought to resolve the dispute without motion practice by asking Defendant to withdraw the amended filing, and Defendant declined. Most of the work was done by the lower-billing associate, and the senior attorney's time was limited to supervision and review. Spending 6.1 hours to identify the unauthorized changes, confer with opposing counsel, and brief the motion is reasonable.

The lodestar is calculated as follows: Mr. Hurwitz, 1.3 hours at $875 per hour, for $1,138, and Mr. Wilkin, 4.8 hours at $400 per hour, for $1,920. The total is $3,058.00.

**IT IS HEREBY ORDERED** that Defense Counsel shall pay Plaintiff attorney fees of **$3,058.00** within [21] days of the entry of this Order.

**IT IS SO ORDERED**.

Dated: November 9, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge